[No. 12504-1-III.   Division Three.   December 28, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. PETE DELAGARZA, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50111-1, Albert J. Yencopal, J., entered May 28, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney , JJ.

[No. 14142-6-II.   Division Two.   December 29, 1993.]

THE PORT OF SHELTON, *Appellant*, v. THE WASHINGTON STATE PATROL, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 89-2-00335-3, Robert J. Doran, J., entered July 10, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 15138-3-II.   Division Two.   December 29, 1993.]

GARY COBURN, ET AL, *Respondents*, v. ERNEST WHITE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 90-2-01710-2, John N. Skimas, J., entered June 7, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Green, J. Pro Tem.